UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUSAN PARKS,

                Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF
EDUCATION, SARA MEDINA, ALLISON
KRENN, and MARISSA SORBARO,

                Defendants.

**ORDER**

22 Civ. 8669 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will engage in settlement discussions over the next sixty days. On or before **March 13, 2023**, the parties will submit a joint letter concerning the status of settlement negotiations. If the parties have not settled by that time, this Court will enter a case management plan.

Dated: New York, New York
       January 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge