UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x
SUSAN PARKS,

                                        Plaintiff,

                    -against-                            **STIPULATION OF DISMISSAL WITH PREJUDICE**

NEW YORK CITY DEPARTMENT OF EDUCATION; SARA MEDINA, Principal of PS 85, ALLISON KRENN, Assistant Principal of PS 85, MARISSA SORBARO, Assistant Principal of PS 85,       22 Civ. 08669 (PGG)(GWG)

                                     Defendants
---------------------------------------------------------------------x

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated:     New York, New York
             March 16, 2023

**GLASS HARLOW & HOGROGIAN LLP**
Attorneys for Plaintiff
85 Broad Street, 17th Floor
New York, NY 10004
(212) 537-6859

By: _____
        Jordan F. Harlow

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-102
New York, New York 10007
(212) 356-2435
lawillia@law.nyc.gov

By: _____
        Laura C. Williams
        Assistant Corporation Counsel
        Kimberly R. Karseboom
        Assistant Corporation Counsel